# United States District Court
# For The Western District of North Carolina
# Statesville Division

RICHARD AARON BLANKENSHIP,

    Petitioner,    JUDGMENT IN A CIVIL CASE

vs.    CASE NO. 5:09CV27-2-MU

R. DAVID MITCHELL, SUPERINTENDENT,
MOUNTAIN VIEW CORRECTIONAL INSTITUTION,

    Respondent.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 23, 2009, Order.

Signed: March 23, 2009

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court